UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VALDEZ,<br><br>           Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN,<br><br>           Respondent. | Case No. 2:20-cv-04190-JVS (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      **IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: September 20, 2022

                                                  HONORABLE JAMES V. SELNA<br>
                                                  United States District Judge